IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

DARLENE WRIGHT,                    )
                                   )
                Plaintiff,         )
                                   )
vs.                                )        No. CIV-17-1278-C
                                   )
NANCY A. BERRYHILL,                )
Acting Commissioner of Social      )
Security                           )
                                   )
                Defendant.         )

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on the Report and Recommendation entered by United States Magistrate Judge Suzanne Mitchell on August 10, 2018. The court file reflects that no party has objected to the Report and Recommendation within the time limits prescribed. Therefore, the Court adopts the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation (Dkt. No. 22) of the Magistrate Judge is adopted and the decision of the Commissioner denying disability insurance benefits is affirmed. A judgment shall enter accordingly.

IT IS SO ORDERED this 11th day of September, 2018.

ROBIN J. CAUTHRON
United States District Judge